# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:25-cr-70-LCB-NAD** |
| ) | |
| **A'DERRIUS DEJUAN THOMAS,** ) | |

## ORDER

On November 20, 2025, U.S. Magistrate Judge Nicholas A. Danella issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) recommending that the Court deny Defendant A'Derrius Dejuan Thomas's motion to suppress. (Doc. 43). Thomas has objected to the Report and Recommendation. (Doc. 44).

If a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the district court must review de novo those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Any portions of a Magistrate Judge's report that are unchallenged are reviewed for clear error. *Haywood v. Green*, Case No. 1:21-cv-01112-LCB-HNJ, 2023 WL 6303026, at *1 (N.D. Ala. Sept. 27, 2023). In its review, the district court may "accept, reject, or modify, in whole or in part," the Magistrate Judge's findings or recommendations. 28 U.S.C. § 636(b)(1)(C).

Having reviewed de novo the proposed findings and recommendations, the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 43) should be **ACCEPTED** and hereby **ADOPTS** it as the findings of the Court. The Court therefore **OVERRULES** Thomas's objections (Doc. 44) and **ORDERS** that Thomas's Amended and Supplemental Motions to Suppress (Docs. 18, 29, 40, 41 & 42) be **DENIED.**

**DONE** and **ORDERED** this February 17, 2026.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE